**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6918**

———————————

HENRY ALLEN BECKMAN,

                                        Plaintiff - Appellant,

        versus

GEORGETOWN COUNTY DETENTION CENTER, County of
Georgetown, State of South Carolina; KEITH
MCLEAN, Individually and officially; DOUG
GREEN, Individually and officially; H. JONES,
Sergeant; NURSE CAROL, Individually and
officially,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Patrick Michael Duffy, District
Judge.  (CA-96-859-2-23)

———————————

Submitted:  November 6, 1997        Decided:  November 25, 1997

———————————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Henry Allen Beckman, Appellant Pro Se.  Stacey Lynn Kraftchick,
MCNAIR & SANFORD, P.A., Georgetown, South Carolina; Hugh Willcox
Buyck, HOOD LAW FIRM, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Beckman v. Georgetown County, No. CA-96-859-2-23 (D.S.C. June 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED